UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RHC OPERATING LLC,,

                                              Plaintiff,

          -against-                         **NOTICE OF APPEARANCE**

                                                               No. 21-CV-9322 (JPO)

CITY OF NEW YORK, and BILL DE BLASIO,
in his official capacity as Mayor of New York
City, and New York City Council Members—
Adrienne E. Adams, Alicka Ampry-Samuel, Diana
Ayala, Justin L. Brannan, Selvena N. Brooks-
Powers, Fernando Cabrera, Margaret S. Chin,
Robert E. Cornegy, Jr., Laurie A. Cumbo, Ruben
Diaz, Sr., Darma V. Diaz, Eric Dinowitz, Daniel
Dromm, Mathieu Eugene, Oswald Feliz, James F.
Gennaro, Vanessa L. Gibson, Mark Gjonaj, Barry
S. Grodenchik, Robert F. Holden, Corey D.
Johnson, Ben Kallos, Peter A. Koo, Karen
Koslowitz, Brad S. Lander, Stephen T. Levin,
Alan N. Maisel, Carlos Menchaca, Francisco P.
Moya, Keith Powers, Kevin C. Riley, Carlina
Rivera, Ydanis A. Rodriguez, Deborah L. Rose,
Helen K. Rosenthal, Rafael Salamanca, Jr., Mark
Treyger, Eric A. Ulrich, Paul A. Vallone, and
James G. Van Bramer,

                                               Defendants.
------------------------------------------------------------------X

To: The clerk of court and all parties of record

      PLEASE TAKE NOTICE that I, Melanie V. Sadok, Assistant Corporation Counsel, am admitted to practice in this court, and I appear in the above-captioned action as counsel for Defendants, City of New York, Bill de Blasio, in his official capacity as Mayor of New York City, and New York City Council Members—Adrienne E. Adams, Alicka Ampry-Samuel, Diana Ayala, Justin L. Brannan, Selvena N. Brooks-Powers, Fernando Cabrera, Margaret S. Chin, Robert E. Cornegy, Jr., Laurie A. Cumbo, Ruben Diaz, Sr., Darma V. Diaz, Eric Dinowitz,

Daniel Dromm, Mathieu Eugene, Oswald Feliz, James F. Gennaro, Vanessa L. Gibson, Mark Gjonaj, Barry S. Grodenchik, Robert F. Holden, Corey D. Johnson, Ben Kallos, Peter A. Koo, Karen Koslowitz, Brad S. Lander, Stephen T. Levin, Alan N. Maisel, Carlos Menchaca, Francisco P. Moya, Keith Powers, Kevin C. Riley, Carlina Rivera, Ydanis A. Rodriguez, Deborah L. Rose, Helen K. Rosenthal, Rafael Salamanca, Jr., Mark Treyger, Eric A. Ulrich, Paul A. Vallone, and James G. Van Bramer. I request to receive notice of all docket events via the Electronic Case Filing system.

Dated: New York, New York
November 19, 2021

                                              GEORGIA M. PESTANA
                                              Corporation Counsel of the City of New York
                                              *Attorney for Defendants*
                                              100 Church Street Room
                                              New York, New York 10007
                                              Tel: 212-356-4371
                                              msadok@law.nyc.gov


                                              By: */Melanie V. Sadok/*
                                                    Melanie V. Sadok